IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DR. OBINNA NWADIBIA, | ) |
| Plaintiff, | ) |
| vs. | ) Cause No.: 4:10-cv-00354-TIA |
| ARYA NAMIN, | ) |
| Defendant. | ) |

## ANSWER

COMES NOW Defendant, ARYA NAMIN, by and through his attorneys Law Offices of Morgan, Bingley & Hart and for his Answer to Plaintiff's Petition states as follows:

### GENERAL ALLEGATIONS

1. Admitted.

2. Denied.

3. Denied.

4. Admitted.

5. Defendant admits that he was operating a vehicle southbound on Kingshighway behind the Plaintiff.

6. Denied.

### COUNT I

7. See answers to Paragraphs 1-6.

8. Denied.

9. Denied.

10. Denied.

## COUNT II

11. See answers to Paragraphs 1-10.

12. Denied.

13. Denied.

14. Denied.

WHEREFORE, having fully answered Plaintiff's Petition, Defendant, ARYA NAMIN, prays for the dismissal of Plaintiff's Petition at Plaintiff's costs and for such further relief as the Court deems just.

                Respectfully submitted,

                LAW OFFICES OF MORGAN, BINGLEY & HART

By: _____/s/ R. Hart_____
                Ralph V. Hart, # 33374
                3221 McKelvey Road, Suite 101
                St. Louis MO 63044
                (314) 298-8833
                (314) 739-5644/Fax
                ralph.hart@farmersinsurance.com
                Attorney for Defendant, Reza Namin

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was mailed this 3rd day of March, 2010, proper postage prepaid to:

E. Ryan Bradley
The Bradley Law Firm
130 South Bemiston, Suite 706
Clayton MO  63105

_____/s/ R. Hart_____