# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

DR. OBINNA NWADIBIA

    Plaintiff(s),

    v.            CASE NUMBER:    4:10CV354 TIA

ARYA NAMIN

    Defendant(s).

- ☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

- ☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered for plaintiff, Dr. Obinna Nwadibia, against defendant, Arya Namin, in the amount of $90,000.00.

                                        James G. Woodward
                                        CLERK

September 13, 2011
DATE

                              By:    /s/ Katie Spurgeon
                                        DEPUTY CLERK